Duval & Stachenfeld LLP
Attorneys for Plaintiff
By:  Allan N. Taffet, Esq. (AT-5181)
      Joshua C. Klein, Esq. (JK-4558)
300 East 42nd Street
New York, New York 10017
Tel. No.: (212) 883-1700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
DLJ MORTGAGE CAPITAL, INC.,                :
                                            :
                            Plaintiff,      :
                                            :
            -against-                       :      07 Civ. __3747__ (PKC) (KNF)
                                            :
SEA BREEZE FINANCIAL SERVICES, INC.,        :      ECF CASE
                                            :
                            Defendant.      :
                                            :
------------------------------------------------------------- x

## STATEMENT PURSUANT TO RULE 7.1 OF THE
## FEDERAL RULES OF CIVIL PROCEDURE

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff DLJ Mortgage Capital, Inc., certify as follows:

　　　　DLJ Mortgage Capital, Inc. is a wholly-owned subsidiary of Credit Suisse (USA), Inc., a public reporting company that has certain publicly-traded securities and which is a wholly-owned subsidiary of Credit Suisse Holdings (USA), Inc. Credit Suisse Holdings (USA), Inc. is a wholly-owned subsidiary of Credit Suisse, which itself is a wholly-owned subsidiary of Credit Suisse Group, the shares of which are publicly traded on the Swiss Stock Exchange. DLJ Mortgage Capital, Inc. is an affiliate of Credit Suisse Securities (USA) LLC. Except as described above, no publicly held corporation owns 10% or more of the stock of DLJ Mortgage Capital, Inc.

Dated: New York, New York
       May 11, 2007

                                    DUVAL & STACHENFELD LLP
                                    Attorneys for DLJ Mortgage Capital, Inc.

                            By:     _____
                                    Allan N. Taffet, Esq. (AT-5181)
                                    Joshua Klein, Esq. (JK-4558)
                                    300 East 42nd Street
                                    New York, New York 10017
                                    Tel. No.: (212) 883-1700