

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DLJ MORTGAGE CAPITAL, INC.,

        Plaintiff,

        -against-

SEA BREEZE FINANCIAL SERVICES, INC.,

        Defendant.
------------------------------------------------------------X

Case No. 07 CIV 3747 (PKC)(KNF)
Judge Castel

ECF CASE

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA   )
                      S.S.:
COUNTY OF ORANGE     )

        SURYA VON ROSEN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 17th day of May, 2007, at approximately the time of 3:15 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE; CIVIL COVER SHEET; INDIVIDUAL PRACTICES OF JUDGE P. KEVIN CASTEL; AND INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX upon SEA BREEZE FINANCIAL SERVICES, INC. at 18191 Von Karman Avenue, Suite 150, Irvine, CA, by personally delivering and leaving the same with CURTIS GREEN who informed deponent that he holds the position of Owner with that company and is authorized by law to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

CURTIS GREEN is a white male, approximately 45 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 200 pounds with brown hair and brown eyes.

*[signature]*

SURYA VON ROSEN

State of California, County of Orange
Subscribed and Sworn to (or affirmed) before me on
this 25 day of May, 2007 By
_Surya You Rosen_, personally
known to me or proved to me on the basis of
satisfactory evidence to be the person(s) who
appeared before me.

*[signature]*

NOTARY PUBLIC

*[Notary seal]* JANE L. DOSEFF
COMM. #1644476
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
COMM. EXPIRES MARCH 8, 2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com