```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
DLJ MORTGAGE CAPITAL, INC.,

                Plaintiff,

        -against-                        No. 07-CV-3747 (PKC)(KNF)

SEA BREEZE FINANCIAL
SERVICES, INC.,

                Defendant.
-------------------------------x
```

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
<u>**OF DEFENDANT SEA BREEZE FINANCIAL SERVICES, INC.**</u>

The defendant Sea Breeze Financial Services, Inc. hereby certifies that it has no parent corporation and that no publicly held companies own ten percent (10%) or more of its stock.

DATED:    June 19, 2007
          Framingham, Massachusetts

                        RUBIN, HAY & GOULD, P.C.

                              /s/ Rodney E. Gould
                    By: _____
                        Rodney E. Gould, Esq.
                        205 Newbury Street
                        P.O. Box 786
                        Framingham, MA  01701-0202
                        Tel:  (508) 875-5222


                        REITLER BROWN & ROSENBLATT LLC

                              /s/ Craig J. Albert
                    By: _____
                        Craig Albert, Esq.
                        800 Third Avenue, 21st Floor
                        New York, NY  10022-7604
                        Tel:  (212) 209-3050

89943