UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
DLJ MORTGAGE CAPITAL, INC.,

        Plaintiff,

   -against-

SEA BREEZE FINANCIAL SERVICES,
INC.,

        Defendant.

------------------------------X

No. 07-CIV-3747 (PKC)(KNF)

ECF CASE

## NOTICE OF APPEARANCE OF RODNEY E. GOULD
## ON BEHALF OF DEFENDANT SEA BREEZE FINANCIAL SERVICES, INC.

TO THE CLERK:

    Please enter the appearance of Rodney E. Gould, Esq. of the firm of Rubin, Hay & Gould, P.C. on behalf of the Defendant SEA BREEZE FINANCIAL SERVICES, INC.

DATED:   June 25, 2007
          Framingham, Massachusetts

                    RUBIN, HAY & GOULD, P.C.

                    **/s/ Rodney E. Gould**
        By: _____
              Rodney E. Gould, Esq. (9871)
              Email: rgould@rhglaw.com
              205 Newbury Street
              P.O. Box 786
              Framingham, MA  01701-0202
              Tel:  (508) 875-5222
              Fax:  (508) 879-6803