UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
                                        No. 07-CIV-3747 (PKC)(KNF)
DLJ MORTGAGE CAPITAL, INC.,
                                                ECF CASE
          Plaintiff,

     -against-

SEA BREEZE FINANCIAL SERVICES,
INC.,

          Defendant.

------------------------------X

**NOTICE OF APPEARANCE OF ROBERT C. MUELLER**
<u>**ON BEHALF OF DEFENDANT SEA BREEZE FINANCIAL SERVICES, INC.**</u>

TO THE CLERK:

   Please enter the appearance of Robert C. Mueller, Esq. of the firm of Rubin, Hay & Gould, P.C. on behalf of the Defendant SEA BREEZE FINANCIAL SERVICES, INC.

DATED:   June 25, 2007
         Framingham, Massachusetts

                         RUBIN, HAY & GOULD, P.C.

                         **/s/ Robert C. Mueller**
               By:       _____
                         Robert C. Mueller, Esq. (1882)
                         Email: rmueller@rhglaw.com
                         205 Newbury Street
                         P.O. Box 786
                         Framingham, MA  01701-0202
                         Tel:  (508) 875-5222
                         Fax:  (508) 879-6803