# RUBIN, HAY & GOULD, P.C.
### ATTORNEYS AT LAW

MEREK S. RUBIN
JONATHAN M. HAY
RODNEY E. GOULD*
CHRISTOPHER J. MAHONEY
ROBERT C. MUELLER◊
CRAIG S. HARWOOD†
BRAD A. COMPSTON
MELISSA B. PARADIS

\* ALSO ADMITTED IN NY, DC, CA, NH & PA
† ALSO ADMITTED IN RI
◊ ALSO ADMITTED IN NY

205 Newbury Street, P.O. Box 786, Framingham, MA 01701
(508) 875-5222     FAX (508) 879-6803     www.rhglaw.com

OF COUNSEL
ARNOLD L. SLAVET, P.C.


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/07

June 25, 2007

## MEMO ENDORSED

Via Federal Express

The Honorable P. Kevin Castel
United States District Court for
 the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

RECEIVED
JUN 26 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

    Re: DLJ Mortgage Capital, Inc. v. Sea Breeze Financial
        Services, Inc.
        Civil Docket No. 1:07-cv-03747-PKC

Dear Judge Castel:

    We are counsel to Defendant, Sea Breeze Financial Services, Inc. in the above litigation. We have received an order directing counsel to appear for the initial pretrial conference on July 20, 2007. I am lead counsel for defendant and have longstanding vacation plans to be out of the country that week. I have discussed scheduling with counsel for plaintiff, who does not object to a postponement of the conference until the week of July 30, 2007 through August 3, 2007. If time might be available that week, we should be very grateful. This is the first request for adjournment of the initial pretrial conference.

Respectfully submitted,

Rodney E. Gould

*[Handwritten endorsement: Conference adjourned from July 20 to September 7, 2007 at 10:15 a.m. SO ORDERED. 6-26-07]*

REG:dlc
cc: Joshua Klein, Esq. (via facsimile/U.S. Mail)