UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X
                                          No. 07-CIV-3747(PKC)(KNF)
DLJ MORTGAGE CAPITAL, INC.,

      Plaintiff,

   -against-

SEA BREEZE FINANCIAL SERVICES,
INC.,

      Defendant.

---------------------------------X

### DEFENDANT SEA BREEZE FINANCIAL SERVICES, INC.'S NOTICE OF MOTION AND MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

    PLEASE TAKE NOTICE that upon the pleadings and proceedings heretofore had herein, and upon the annexed Declaration of Len Hamilton and the accompanying Memorandum in Support thereof, the undersigned counsel for the defendant will move the Honorable P. Kevin Castel, U.S. District Court Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order transferring this matter from the United States District Court for the Southern District of New York to the United States District Court for the Central District of California (Southern Division) pursuant to 28 U.S.C. § 1404(a).

As more fully described in the accompanying Memorandum in Support, a transfer to the Central District of California would promote the interests of justice and the convenience of the parties and witnesses because the events relevant to this case are centered in California, virtually all non-party witnesses (including almost all of the borrowers of the loans sued upon and former employees of the defendant) are located in California, and none of the relevant events occurred in or involved New York.

WHEREFORE, it is respectfully requested that this Honorable Court transfer this matter, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Central District of California (Southern Division).

DATED:   October 5, 2007
         Framingham, Massachusetts

                         Respectfully submitted,
                         RUBIN, HAY & GOULD, P.C.

                         **/s/ Rodney E. Gould**
              By:        _____
                         Rodney E. Gould, Esq. (RG-9871)
                         Email: rgould@rhglaw.com
                         Robert C. Mueller, Esq. (RM-1882)
                         Email:  rmueller@rhglaw.com
                         205 Newbury Street
                         P.O. Box 786
                         Framingham, MA  01701-0202
                         Tel:  (508) 875-5222
                         Fax:  (508) 879-6803

                         -and-

```
                    REITLER, BROWN & ROSENBLATT LLC
                    Craig Albert, Esq.
                    Email:  calbert@reitlerbrown.com
                    800 Third Avenue
                    21st Floor
                    New York, NY  10022-7604
                    Tel:  (212) 209-3050
                    Fax:  (212) 371-5500

                    Attorneys for Defendant Sea Breeze
                    Financial Services, Inc.
```