Duval & Stachenfeld LLP
Attorneys for Plaintiff
By: Allan N. Taffet, Esq. (AT-5181)
 Joshua C. Klein, Esq. (JK-4558)
300 East 42nd Street
New York, New York 10017
Tel. No.: (212) 883-1700

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
DLJ MORTGAGE CAPITAL, INC.,

       Plaintiff,

  -against-

SEA BREEZE FINANCIAL SERVICES, INC.,

       Defendant.
-------------------------------------------------------- x

**STIPULATION AND ORDER**

07 CV 3747 (PKC) (KNF)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties, that the above-captioned matter shall be transferred to the United States District Court for the Central District of California (Southern Division) pursuant to 28 U.S.C. § 1404(a).

Dated: New York, New York
   October 23, 2007

Duval & Stachenfeld LLP
Attorneys for Plaintiff
DLJ Mortgage Capital, Inc.

By: _____
  Allan N. Taffet, Esq. (AT-5181)
  300 East 42nd Street, 3rd Floor
  New York, New York 10017
  Tel. No.: (212) 883-1700

Rubin, Hay & Gould, P.C.
Attorneys for Defendant
Sea Breeze Financial Services, Inc.

By: _____
  Rodney E. Gould, Esq. (RG-9871)
  205 Newbury Street
  Framingham, MA 01701-0202
  Tel. No.: (508) 875-5222

SO ORDERED
this ___ day of October, 2007

_____
UNITED STATES DISTRICT JUDGE