```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08
```

Duval & Stachenfeld LLP
Attorneys for Plaintiff
By: Allan N. Taffet, Esq. (AT-5181)
    Joshua C. Klein, Esq. (JK-4558)
300 East 42nd Street
New York, New York 10017
Tel. No.: (212) 883-1700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
DLJ MORTGAGE CAPITAL, INC.,

                            Plaintiff,

            -against-

SEA BREEZE FINANCIAL SERVICES, INC.,

                            Defendant.
---------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

07 CV 3747 (PKC) (KNF)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties, that: (1) the above-captioned action be and the same hereby is dismissed without prejudice as against defendant Sea Breeze Financial Services, Inc. pursuant to Rule 41(a) of the Federal Rules of Civil Procedure; and (2) should plaintiff commence another action against Sea Breeze Financial Services, Inc. arising from the same nucleus of operative facts, it must do so in the United States District Court for the Central District of California.

Dated: New York, New York
         June 23, 2008

Duval & Stachenfeld LLP
Attorneys for Plaintiff
DLJ Mortgage Capital, Inc.

By: _____
    Allan N. Taffet, Esq. (AT-5181)
    300 East 42nd Street, 3rd Floor
    New York, New York 10017
    Tel. No.: (212) 883-1700

Rubin, Hay & Gould, P.C.
Attorneys for Defendant
Sea Breeze Financial Services, Inc.

By: _____
    Rodney E. Gould, Esq. (RG-9871)
    205 Newbury Street
    Framingham, MA 01701-0202
    Tel. No.: (508) 875-5222

SO ORDERED
this ___ day of June, 2008

_____
UNITED STATES DISTRICT JUDGE